ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
**EGLET LAW**
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
Email: eservice@egletlaw.com
*Attorneys for Lisa King*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation, *et. al*,[1]<br><br>Defendants. | Case No.: 2:25-cv-01638-CDS-EJY<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT IN INTERPLEADER PURSUANT TO LOCAL RULE 6-1** |

Pursuant to District of Nevada Local Rule 6-1, Defendant LISA KING and Plaintiff GREAT AMERICAN E&S INSURANCE COMPANY, hereby stipulate that the time for LISA KING to respond to Plaintiff's Complaint in Interpleader shall be extended to October 17, 2025. Plaintiff's response is currently due on October 8, 2025. Counsel for Defendant King has been preparing for a state court trial that begins October 13, 2025 and has requested nine (9) additional days to respond to ensure that undersigned counsel has sufficient time and resources available to provide diligent and effective representation in both matters.  This is the first stipulation for

---

[1] Pursuant to Federal Rules of Civil Procedure 10(a), the caption has been abbreviated. The full caption is set forth in the Complaint at ECF No. 1.

1  extension of time to respond, and this stipulated extension of time to respond will not conflict
2  with any deadline set by the Court.
3      In accordance with Local Rule 6-1, Defendant LISA KING's undersigned counsel,
4  ERICA D. ENTSMINGER, hereby attests that KYLE M. WYANT, counsel for Plaintiff,
5  concurs in the filing of this Stipulation.

Dated this 8th day of October, 2025.

**EGLET LAW**

*/s/Erica D. Entsminger, Esq.*
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
Email: eservice@egletlaw.com
*Attorneys for Lisa King*

Dated this 8th day of October, 2025.

**SHEA LARSEN**

*/s/ Kyle M. Wyant, Esq.*
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 779-3816
Email: kwyant@shea.law
*Attorney for GREAT AMERICAN E&S INSURANCE COMPANY*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 8, 2025

2