WILL KEMP, ESQ., NV Bar No. 1205
c.pola@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
 (702) 385-6000
*Attorneys for Certain Putative Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY;<br>                    Plaintiff,<br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC.; REAL WATER, INC.; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION; UNITED NATURAL FOODS, INC.; UNITED NATURAL FOODS WEST, INC.; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS, LLC; TREVOR ABELE a minor child, by and through his parents BRYAN ABELE and Sandra ABELE, individually; RICHARD BELSKY, individually; ANDRIA BORDENAVE, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; JENNA CONSIGLIO, individually; JAMES J. DELMAR, individually; THE ESTATE OF MILO HURST, TEVIS HURST, in her capacity as Special Administratrix of the Estate of MILO HURST and as heir of MILO HURST, SARAH CALLOVI, as heir of, MILO HURST; LELA KAVEH a minor child, by and through her parents KOUROSH KAVEH and JILL RAW, individually; LISA KING, individually; GRAY MAYNARD, individually; RUDY MORALES, individually; LORENZO MUNIZ, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; DANIEL TAYLOR, individually; and STEVEN WADKINS, individually;<br>                    Defendants. | Case No.: 2:25-cv-01638-CDS-EJY<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR CERTAIN PUTATIVE DEFENDANTS AND PUTATIVE DEFENDANT LISA KING TO RESPOND TO COMPLAINT IN INTERPLEADER**<br><br>**(First Request for Certain Putative Defendants)**<br><br>**(Second Request for Putative Defendant Lisa King)** |

1

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, **IT IS HEREBY STIPULATED AND AGREED** between Certain Putative Defendants,[1] by and through their counsel of record Will Kemp, Esq. and Eric Pepperman, Esq., of the law firm of Kemp Jones, LLP, Putative Defendant Lisa King, by and through her counsel of record, and Great American E&S Insurance Company ("Great American") by and through its counsel of record, that Certain Putative Defendants and Putative Defendant Lisa King shall have additional time to file their Response to Great American's Complaint in Interpleader (the "Complaint") (ECF No. 1). Certain Putative Defendants, Putative Defendant Lisa King, and Great American are collectively referred to as the "Parties."

This is the second stipulation to extend Putative Defendant Lisa King's deadline to respond to Plaintiff's Complaint in Interpleader. The original response deadline for Lisa King was October 8, 2025, which was previously extended by stipulation to October 17, 2025. *See* ECF No. 13. Certain Putative Defendants' responses were originally due on various different dates. The Parties now stipulate to a further extension of the response deadline to **December 15, 2025**, which shall apply to Lisa King and Certain Putative Defendants.

This Stipulation is made in good faith and not for purposes of delay. Given that there are multiple putative defendants in this action, the brief extension is intended to streamline the briefing process and ensure coordinated filings on behalf of all putative defendants. The additional time will also allow counsel to confirm and complete service on all putative defendants so that the matter may proceed in an orderly and efficient manner. Accordingly, good cause exists for this extension.

This is the first stipulation for extension of time to respond for Certain Putative Defendants. This is the second stipulation for extension of time to respond for Putative Defendant Lisa King.

/ / /

---

[1] "Certain Putative Defendants" means and refers to: Trevor Abele; Bryan Abele; Sandra Abele; Andria Bordenave; Hunter Brown; Pamela Brown; Sarah Callovi; James J. Delmar; Tevis Hurst; Lela Kaveh, a minor child, by and through her parents Kourosh Kaveh and Jill Raw; Gray Maynard; Lorenzo Muniz; Cheri Rasmussen; Daniel Taylor; and Steven Wadkins.

DATED this 17th day of October, 2025.

**KEMP JONES, LLP**

*/s/        Eric Pepperman*
WILL KEMP, ESQ., NV Bar No. 1205
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
BREANNA SWITZLER, ESQ., NV Bar No. 15653
KEMP JONES, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NEVADA 89169

*Attorneys for Certain Putative Defendants*

DATED this 17th day of October, 2025.

**EGLET LAW**

*/s/      Erica Entsminger*
ROBERT T. EGLET, ESQ.
NV Bar No. 3402
ERICA D. ENTSMINGER, ESQ.
NV Bar No. 7432
400 SOUTH 7TH STREET, 4TH FLOOR
LAS VEGAS, NEVADA 89101
*Attorneys for Lisa King*

DATED this 17th day of October, 2025.

**SHEA LARSEN**

By: */s/             Kyle Wyant*
KYLE M. WYANT, ESQ., NV Bar No. 14652
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NEVADA 89134

*Attorney for Plaintiff Great American E&S Insurance Company*

**IT IS SO ORDERED.**

_____

DATED: October 17, 2025