James Patrick Shea, Esq. (SBN 405)
jshea@shea.law
Bart K. Larsen, Esq.(SBN 8538)
blarsen@shea.law
Kyle M. Wyant, Esq. (SBN 14652)
kwyant@shea.law
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683

Linda Bondi Morrison, Esq. (*pro hac vice granted*)
lmorrison@tresslerllp.com
TRESSLER LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: (949) 336-1200
Facsimile: (949) 752-0645

Attorneys for Plaintiff
GREAT AMERICAN E&S INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY;<br><br>Plaintiff,<br><br>v.<br><br>AFFINITYLIFESTYLES.COM, INC.; REAL WATER, INC.; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION; UNITED NATURAL FOODS, INC.; UNITED NATURAL FOODS WEST, INC.; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS, LLC; TREVOR ABELE a minor child, by and through his parents BRYAN ABELE and Sandra ABELE, individually; RICHARD BELSKY, individually; ANDRIA BORDENAVE, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; JENNA CONSIGLIO, individually; JAMES J. DELMAR, individually; THE ESTATE OF MILO HURST, TEVIS HURST, in her capacity as Special Administratrix of the Estate of MILO HURST and as heir of MILO HURST, SARAH CALLOVI, as heir of MILO HURST; LELA KAVEH a minor | Case No.: 2:25-cv-01638-CDS-EJY<br><br>[PROPOSED] ORDER GRANTING GREAT AMERICAN E&S INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR AN ORDER PERMITTING ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT IN INTERPLEADER |

Page 1

child, by and through her parents KOUROSH KAVEH and JILL RAW, individually; LISA KING, individually; GRAY MAYNARD, individually; RUDY MORALES, individually; LORENZO MUNIZ, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; DANIEL TAYLOR, individually; and STEVEN WADKINS, individually;

       Defendants.

This matter came before the Court on Plaintiff in Interpleader, Great American E&S Insurance Company's ("Great American"), *Motion for an Order Permitting Additional Time to Serve Summons and Complaint in Interpleader* (the "Motion") seeking additional time to serve the remaining unserved defendants in Miriam Brody, Rudy Morales, Real Water Inc., and Affinitylifestyles.com d/b/a Real Water (the "Unserved Defendants") in accordance with Fed. R. Civ. P. 4(m).

Having reviewed the Motion and all related papers and pleadings, the Court finds that Great American has shown to the satisfaction of the Court that good cause exists under Fed. R. Civ. P. 4(m) to grant additional time to serve the Complaint based on, among other things, the numerous attempts to serve each of the Unserved Defendants and efforts to locate the same. Accordingly, and good cause appearing:

**IT IS HEREBY ORDERED** that Great American E&S Insurance Company's *Motion for an Order Permitting Additional Time to Serve Summons and Complaint in Interpleader* is GRANTED;

**IT IS FURTHER ORDERED** that the current deadline to serve the Complaint and Summons in accordance with Fed. R. Civ. P. 4(m) shall be extended from the current deadline of December 1, 2025 to January 16, 2026 in order to allow Great American E&S Insurance Company to attempt to effectuate service on the remaining unserved defendants through traditional means;

**IT IS FURTHER ORDERED** that to the extent Great American E&S Insurance Company cannot effectuate service on the remaining unserved defendants through traditional

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

means on or before January 16, 2026, Great American E&S Insurance Company may move this Court to allow service through alternative means and may request another order enlarging the service deadline to accomplish the same;

**IT IS SO ORDERED**.

Dated this 26th day of November, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**SHEA LARSEN PC**

*/s/ Kyle M. Wyant, Esq.*
James Patrick Shea (SBN 405)
Bart K. Larsen (SBN 8538)
Kyle M. Wyant (SBN 14652)
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for GREAT AMERICAN E&S INSURANCE COMPANY*