WILL KEMP, ESQ., NV Bar No. 1205
c.pola@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000
*Attorneys for Certain Putative Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY;<br><br>    Plaintiff<br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC.; REAL WATER, INC.; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION; UNITED NATURAL FOODS, INC.; UNITED NATURAL FOODS WEST, INC.; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS, LLC; TREVOR ABELE a minor child, by and through his parents BRYAN ABELE and Sandra ABELE, individually; RICHARD BELSKY, individually; ANDRIA BORDENAVE, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; JENNA CONSIGLIO, individually; JAMES J. DELMAR, individually; THE ESTATE OF MILO HURST, TEVIS HURST, in her capacity as Special Administratrix of the Estate of MILO HURST and as heir of MILO HURST, SARAH CALLOVI, as heir of, MILO HURST; LELA KAVEH a minor child, by and through her parents KOUROSH KAVEH and JILL RAW, individually; LISA KING, individually; GRAY MAYNARD, individually; RUDY MORALES, individually; LORENZO MUNIZ, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; DANIEL TAYLOR, individually; and STEVEN WADKINS, individually;<br>    Defendants | Case No.: 2:25-cv-01638-CDS-EJY<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR CERTAIN PUTATIVE DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>**(Second Request for Certain Putative Defendants)**<br><br>[ECF No. 67] |

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, **IT IS HEREBY STIPULATED AND AGREED** between Certain Putative Defendants,[1] by and through their counsel of record Will Kemp, Esq. and Eric Pepperman, Esq., of the law firm of Kemp Jones, LLP, and Great American E&S Insurance Company ("Great American"), by and through its counsel of record, that Certain Putative Defendants shall have additional time to file their Reply in Support of their Motion to Dismiss Great American's Complaint in Interpleader. Certain Putative Defendants and Great American are collectively referred to as the "Parties."

Certain Putative Defendants' Motion to Dismiss was filed on December 15, 2025. *See* ECF No. 49. Great American filed its Response to the Motion to Dismiss on December 29, 2025. *See* ECF No. 55. The original deadline for Certain Putative Defendants to file their Reply, which is currently January 5, 2026, is hereby extended to **January 12, 2026**.

This Stipulation is made in good faith and not for purposes of delay. Counsel for Certain Putative Defendants has been actively engaged in trial preparation in other matters, which has limited the time available to prepare the Reply. In addition, the filing and briefing schedule overlapped with the year-end holiday period, during which counsel and staff availability was reduced. The requested extension is modest, will not prejudice the Parties, and will allow counsel adequate time to prepare a substantive and focused Reply addressing the issues raised in Great American's Response.

This is the second stipulation for extension of time to file motions.

/ / /

/ / /

/ / /

---

[1] "Certain Putative Defendants" means and refers to: Trevor Abele; Bryan Abele; Sandra Abele; Richard Belsky; Andria Bordenave; Miriam Brody; Hunter Brown; Pamela Brown; Sarah Callovi; Jenna Consiglio; James J. Delmar; Tevis Hurst; Lela Kaveh, a minor child, by and through her parents Kourosh Kaveh and Jill Raw; Gray Maynard; Lorenzo Muniz; Cheri Rasmussen; Daniel Taylor; and Steven Wadkins.

DATED this 6th day of January, 2026.

**KEMP JONES, LLP**

/s/ Eric Pepperman
WILL KEMP, ESQ., NV Bar No. 1205
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
BREANNA SWITZLER, ESQ., NV Bar No. 15653
KEMP JONES, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NEVADA 89169

*Attorneys for Certain Putative Defendants*

DATED this 6th day of January, 2026.

**SHEA LARSEN**

/s/ Kyle Wyant
KYLE M. WYANT, ESQ., NV Bar No. 14652
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NEVADA 89134

*Attorney for Plaintiff Great American E&S Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2026

3