James Patrick Shea, Esq. (SBN 405)
jshea@shea.law
Bart K. Larsen, Esq.(SBN 8538)
blarsen@shea.law
Kyle M. Wyant, Esq. (SBN 14652)
kwyant@shea.law
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile:  (702) 926-9683

Linda Bondi Morrison, Esq. (*pro hac vice granted*)
lmorrison@tresslerllp.com
TRESSLER LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: (949) 336-1200
Facsimile:  (949) 752-0645

Attorneys for Plaintiff
GREAT AMERICAN E&S INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY; | |
| Plaintiff, | Case No.: 2:25-cv-01638-CDS-EJY |
| v. | |
| AFFINITYLIFESTYLES.COM, INC.; REAL WATER, INC.; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION; UNITED NATURAL FOODS, INC.; UNITED NATURAL FOODS WEST, INC.; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS, LLC; TREVOR ABELE a minor child, by and through his parents BRYAN ABELE and Sandra ABELE, individually; RICHARD BELSKY, individually; ANDRIA BORDENAVE, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; JENNA CONSIGLIO, individually; JAMES J. DELMAR, individually; THE ESTATE OF MILO HURST, TEVIS HURST, in her capacity as Special Administratrix of the Estate of MILO HURST and as heir of MILO HURST, SARAH CALLOVI, as heir of MILO HURST; LELA KAVEH a minor | **ORDER PERMITTING SERVICE BY PUBLICATION ON INTERPLEADER DEFENDANT AFFINITYLIFESTYLES.COM** |

Page 1

child, by and through her parents KOUROSH KAVEH and JILL RAW, individually; LISA KING, individually; GRAY MAYNARD, individually; RUDY MORALES, individually; LORENZO MUNIZ, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; DANIEL TAYLOR, individually; and STEVEN WADKINS, individually;

Defendants.

Pursuant to this Court's prior *Order* [ECF No. 76], granting in part and denying in part Plaintiff in Interpleader Great American E&S Insurance Company's ("Great American") *Motion for Order Permitting Service by Publication and For Additional Time to Serve Summons and Complaint in Interpleader* (the "Motion"), the Court authorizes alternative service by publication on Unserved Defendant Affinitylifestyles.com Inc. d/b/a Real Water as follows:

**IT IS HEREBY ORDERED** that Unserved Defendant Affinitylifestyles.com Inc. d/b/a Real Water may be served by alternative methods via publication in accordance with Fed. R. Civ. P. 4(e)(1) and Nev. R. Civ. P. 4.4;

**IT IS FURTHER ORDERED** that service by publication on Unserved Defendant Affinitylifestyles.com Inc. d/b/a Real Water shall be made utilizing the following language being included in a publication in both the Las Vegas Review Journal and the Houston Chronicle to run at least once a week for a period of four consecutive weeks;

James Patrick Shea, Esq. (SBN 405)
jshea@shea.law
Bart K. Larsen, Esq.(SBN 8538)
blarsen@shea.law
Kyle M. Wyant, Esq. (SBN 14652)
kwyant@shea.law
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile:  (702) 926-9683
U.S. District Court for the District of Nevada,
Case No: 2:25-cv-01638-CDS-EJY
Great American E&S Insurance Company v.
Affinitylifestyles.com, Inc., et al.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

SUMMONS

NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOU BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW:

TO THE DEFENDANT AFFINITYLIFESTYLES.COM, INC.: This is an interpleader action brought by Interpleader Plaintiff Great American E&S Insurance Company, which arises from a multitude of underlying claims and judgments arising from bodily injuries allegedly suffered by individuals who claim they ingested a product manufactured by Real Water, Inc. and Affinitylifestyles.com, Inc. ("Real Water"). These claims alleged against Real Water will likely exceed the limits of Real Water's insurance. Great American filed this interpleader action on September 2, 2025 ("Interpleader Complaint"), seeking to deposit into the Court's registry the full limits of Great American's commercial excess liability policy and requesting that the Court decide the underlying claimants' entitlement to Great American's policy limits, and has moved for the same via a *Motion for Leave to Deposit Funds Into Court Registry* (the "Motion to Deposit Funds").

If you intend to defend this lawsuit, you must do the following within 21 days after service of this summons via publication. The answer or motion responding to the Interpleader Complaint must be served on the plaintiff or the plaintiff's attorneys, Kyle Wyant, Esq. of Shea Larsen PC, whose address appears above. If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court referenced above. If you intend to seek the advice of an attorney in this case, you should do so promptly so that your response may be filed on time. Further, if you intend to oppose the Motion to Deposit Funds, you must do so within 14 days of service of this publication.

/s/ Clerk of the Court

For the United States District Court, District of Nevada

Lloyd D. George Federal Courthouse

333 Las Vegas Blvd. South, Room 1334

Las Vegas, NV 89101

(702) 464-5400

Issued at the direction of:

/s/ Kyle M. Wyant, Esq.

Nevada Bar No. 14652

Shea Larsen PC

**IT IS FURTHER ORDERED** that Plaintiff Great American shall mail to Unserved Defendant Affinitylifestyles.com Inc. d/b/a Real Water at its last known address of 100045 Valley Dr. S. Willis, TX 77318 through first class certified U.S. Mail no later than February 4, 2026;

**IT IS FURTHER ORDERED** that Plaintiff Great American must serve Unserved

Defendant Affinitylifestyles.com Inc. d/b/a Real Water through its special litigation via electronic mail counsel no later than February 4, 2026;

IT IS FURTHER ORDERED that upon completion of the above-referenced service through publication, mailing to the above-referenced last known address, and e-mailing of the same to special litigation counsel, service upon Defendant Affinitylifestyles.com Inc. d/b/a Real Water shall be deemed effective and complete.

IT IS SO ORDERED.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED:  January 20, 2026

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432