WILL KEMP, ESQ., NV Bar No. 1205
c.pola@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
 (702) 385-6000
*Attorneys for Certain Putative Defendants*

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY;<br><br>        Plaintiff,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC.; REAL WATER, INC.; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION; UNITED NATURAL FOODS, INC.; UNITED NATURAL FOODS WEST, INC.; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS, LLC; TREVOR ABELE a minor child, by and through his parents BRYAN ABELE and Sandra ABELE, individually; RICHARD BELSKY, individually; ANDRIA BORDENAVE, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; JENNA CONSIGLIO, individually; JAMES J. DELMAR, individually; THE ESTATE OF MILO HURST, TEVIS HURST, in her capacity as Special Administratrix of the Estate of MILO HURST and as heir of MILO HURST, SARAH CALLOVI, as heir of, MILO HURST; LELA KAVEH a minor child, by and through her parents KOUROSH KAVEH and JILL RAW, individually; LISA KING, individually; GRAY MAYNARD, individually; RUDY MORALES, individually; LORENZO MUNIZ, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; DANIEL TAYLOR, individually; and STEVEN WADKINS, individually;<br>                Defendants. | Case No.: 2:25-cv-01638-CDS-EJY<br><br>**JOINT STIPULATION TO STAY DISCOVERY AND THE ENTRY OF ANY SCHEDULING ORDER PENDING RULING ON STAGE ONE MOTION TO DISMISS**<br><br>**(First Request)** |

1

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

Plaintiff-in-Interpleader GREAT AMERICAN E&S INSURANCE COMPANY ("Great American"), Defendants TREVOR ABELE, BRYAN ABELE, SANDRA ABELE, RICHARD BELSKY, ANDRIA BORDENAVE, MIRIAM BRODY, HUNTER BROWN, PAMELA BROWN, SARAH CALLOVI, JENNA CONSIGLIO, JAMES J. DELMAR, TEVIS HURST, LELA KAVEH, a minor child, by and through her parents KOUROSH KAVEH and JILL RAW, GRAY MAYNARD, LORENZO MUNIZ, CHERI RASMUSSEN, DANIEL TAYLOR, and STEVEN WADKINS (collectively "CICs"), Defendants UNITED NATURAL FOODS, INC. and UNITED NATURAL FOODS WEST, INC. (collectively, "UNFI"), Defendant LISA KING, Defendant COSTCO WHOLESALE CORPORATION ("Costco"), and Defendants KeHE DISTRIBUTORS OF NEVADA, LLC and KeHE DISTRIBUTORS, INC. (collectively, "KeHE"), by and through their attorneys of record, hereby stipulate and agree and therefore move for an order as follows:

WHEREAS, Great American filed its Complaint in Interpleader in this action on September 2, 2025;

WHEREAS, the CICs filed a motion to dismiss Great American's Complaint in Interpleader on December 15, 2025 ("CIC's Motion to Dismiss"), which has been fully briefed and remains pending;

WHEREAS, UNFI filed a Counterclaim on October 16, 2025;

WHEREAS, Great American filed a motion to dismiss UNFI's Counterclaim on January 2, 2026 ("Great American's Motion to Dismiss"), which remains pending;

WHEREAS, the stipulating parties represent all of the parties who have appeared in this action to date;

WHEREAS, a scheduling conference before Magistrate Judge Elayna J. Youchah was held on January 5, 2026, wherein the parties present indicated their agreement to stay discovery and the entry of any scheduling order pending the District Court Judge's ruling on CIC's Motion to Dismiss, which is potentially dispositive of this action;

WHEREAS, all parties have agreed to stay discovery and entry of any scheduling order pending the District Court Judge's ruling on CICs' Motion to Dismiss;

NOW, THEREFORE, the parties stipulate and agree to the following:

1.      Discovery and the entry of any scheduling order is stayed pending the District Court Judge's ruling CICs' Motion to Dismiss.

The parties respectfully request that the Court enter an Order in accordance with the foregoing:

**IT IS SO STIPULATED.**

DATED this 23rd day of February, 2026.

**KEMP JONES, LLP**

By: */s/ Eric Pepperman*
WILL KEMP, ESQ., NV Bar No. 1205
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
BREANNA SWITZLER, ESQ., NV Bar No. 15653
KEMP JONES, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NEVADA 89169

*Attorneys for Certain Putative Defendants*

DATED this 23rd day of February, 2026.

**EGLET LAW**

By: */s/ Erica D. Entsminger*
ROBERT T. EGLET, ESQ.
NV Bar No. 3402
ERICA D. ENTSMINGER, ESQ.
NV Bar No. 7432
400 SOUTH 7TH STREET, 4TH FLOOR
LAS VEGAS, NEVADA 89101

*Attorneys for Lisa King*

DATED this 23rd day of February, 2026.

**SHEA LARSEN**

By: */s/ Kyle M. Wyant*
KYLE M. WYANT, ESQ., NV Bar No. 14652
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NEVADA 89134

*Attorney for Plaintiff Great American E&S Insurance Company*

DATED this 23rd day of February, 2026.

**FENNEMORE CRAIG, P.C.**

By: */s/ Kendall M. Lovell*
ANTHONY W. AUSTIN, ESQ., NV Bar No. 10850
KENDALL M. LOVELL, ESQ., NV Bar No. 15590
9275 W. RUSSELL RD., SUITE 240
LAS VEGAS, NV 89148

*Attorneys for Plaintiffs United Natural Foods West, Inc. and United Natural Foods, Inc.*

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

3

DATED this 23rd day of February, 2026.

**HUTCHISON & STEFFEN, PLLC**

By: */s/ Jeffrey R. Hall*
JEFFREY R. HALL, ESQ., NV Bar No. 9573
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

*Attorney for KeHE Distributors of Nevada, LLC and KeHe Distributors, Inc.*

DATED this 23rd day of February, 2026.

**WOMBLE BOND DICKINSON, LLP**

By: */s/ J Christopher Jorgensen*
J CHRISTOPHER JORGENSEN, ESQ., NV Bar No. 5382
8488 ROZITA LEE AVE., SUITE 400
LAS VEGAS, NV 89113

*Attorney for Costco Wholesale Corporation*

**IT IS SO ORDERED.** Discovery and entry of any scheduling order is stayed pending the Court's ruling on CIC's Motion to Dismiss.

UNITED STATES MAGISTRATE JUDGE

DATED:   February 23, 2026

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

4