James Patrick Shea, Esq. (SBN 405)
jshea@shea.law
Bart K. Larsen, Esq. (SBN 8538)
blarsen@shea.law
Kyle M. Wyant, Esq. (SBN 14652)
kwyant@shea.law
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683

Linda Bondi Morrison, Esq. (*Admitted pro hac vice*)
lmorrison@tresslerllp.com
TRESSLER LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: (949) 336-1200
Facsimile: (949) 752-0645

Attorneys for Plaintiff
GREAT AMERICAN E&S INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY, <br><br> Plaintiff <br><br> v. <br><br> AFFINITYLIFESTYLES.COM, INC. et al., <br><br> Defendants | Case No.: 2:25-cv-01638-CDS-EJY <br><br> **Order Approving JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 97]** <br><br> **SECOND REQUEST** <br><br> [ECF No. 101] |

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEBTOR
DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV.
P. 12 AND 21 [ECF NO. 97]

Plaintiff Great American E&S Insurance Company ("Great American") and Ryan A. Andersen, Chapter 7 Trustee ("Trustee") for the estates of Affinitylifestyles.com, Inc., Real Water, Inc., and Real Water of Tennessee, LLC (collectively, "Debtor Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 6, 2026, Trustee filed in the above-captioned case Debtor Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12 and 21 ("Motion to Dismiss") (ECF No. 97);

WHEREAS, the Court has ordered that Great American's Response to the Motion to Dismiss is due by March 20, 2026 (ECF No. 97);

WHEREAS, on March 12, 2026, the Parties, by and through their respective counsel, indicated a mutual intent to meet and confer regarding the Trustee's positions and whether a resolution to this dispute is possible;

WHEREAS, the Trustee previously agreed to an initial extension of Great American's deadline to respond to the Motion to Dismiss from March 20, 2026, to April 3, 2026, to allow the Parties time to confer;

WHEREAS, the Parties met and conferred on March 19, 2026, regarding the issues raised in the Motion to Dismiss;

WHEREAS, following that meet and confer, the Parties are engaged in discussions concerning a possible resolution and settlement of this matter with respect to the Debtor Defendants;

WHEREAS, to provide further opportunity to resolve this matter without undue time and expense of the Court and the Parties, the Parties request that the date for Great American's Response to the Motion to Dismiss, as set forth in docket entry 97 be continued—from April 3, 2026 until April 17, 2026 ("Continued Response Deadline"); and

WHEREAS, the Parties further request that the date for the Trustee's Reply to the Motion to Dismiss and any hearing date for the Motion to Dismiss, if any,

2

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 97]

similarly be continued to accommodate Great American's Continued Response Deadline.

NOW, THEREFORE, GREAT AMERICAN and the TRUSTEE stipulate and agree to the following: (1) The deadline for Great American to respond to Debtor Defendants' Motion to Dismiss Complaint is extended until **April 17, 2026**; and (2) All other corresponding dates shall be similarly continued to accommodate the Continued Response Deadline.

GREAT AMERICAN and TRUSTEE respectfully request that the Court enter an Order in accordance with the foregoing:

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 1, 2026   **SHEA LARSEN**

By: _/s/ Kyle M. Wyant_
James Patrick Shea
Bart K. Larsen
Kyle M. Wyant
Attorneys for GREAT AMERICAN E&S
INSURANCE COMPANY

Dated: April 1, 2026   **TRESSLER LLP**

By: _/s/ Linda Bondi Morrison_
Linda Bondi Morrison
Attorneys for GREAT AMERICAN E&S
INSURANCE COMPANY

///

///

///

///

3

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 97]

Dated: April 1, 2026                **BANKRUPTCY RECOVERY GROUP, LLC**

By: /s/ *Talitha Gray Kozlowski*

Gregory E. Garman
Talitha Gray Kozlowski
Dylan Ciciliano
Attorneys for Attorneys for RYAN A.
ANDERSEN, CHAPTER 7 TRUSTEE for the
estates of Affinitylifestyles.com, Inc., Real
Water, Inc., and Real Water of Tennessee, LLC

**IT IS SO ORDERED.**  The deadline is extended until April 17, 2026. It is further ordered that the parties' first stipulation to extend the briefing schedule [ECF No. 99] is denied as moot.

Dated: April 2, 2026

_____
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 97]