James Patrick Shea, Esq. (SBN 405)
jshea@shea.law
Bart K. Larsen, Esq. (SBN 8538)
blarsen@shea.law
Kyle M. Wyant, Esq. (SBN 14652)
kwyant@shea.law
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile:  (702) 926-9683

Linda Bondi Morrison, Esq. (*Admitted pro hac vice*)
lmorrison@tresslerllp.com
TRESSLER LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: (949) 336-1200
Facsimile:  (949) 752-0645

Attorneys for Plaintiff
GREAT AMERICAN E&S INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>AFFINITYLIFESTYLES.COM, INC., et al.,<br><br>Defendants | Case No.: 2:25-cv-01638-CDS-EJY<br><br>**Order Approving JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 97]**<br><br>**THIRD REQUEST**<br><br>[ECF No. 105] |

Plaintiff Great American E&S Insurance Company ("Great American") and Ryan A. Andersen, Chapter 7 Trustee (the "Trustee") for the estates of Affinitylifestyles.com, Inc., Real Water, Inc., and Real Water of Tennessee, LLC (collectively, "Debtor Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 6, 2026, Trustee filed in the above-captioned case Debtor Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12 and 21 ("Motion to Dismiss") (ECF No. 97);

WHEREAS, the Court ordered that Great American's Response to the Motion to Dismiss was due by March 20, 2026 (ECF No. 97);

WHEREAS, the Parties previously stipulated to extend Great American's response deadline first to April 3, 2026, and thereafter to April 17, 2026, to allow the Parties to meet and confer and explore a potential resolution of the issues raised by the Motion to Dismiss (ECF No. 101);

WHEREAS, on April 2, 2026, the Court entered an Order approving the Parties' Second Stipulation and extending the response deadline to April 17, 2026 (ECF No. 102);

WHEREAS, the Parties have met and conferred and continue discussions regarding a possible resolution of the issues raised by the Motion to Dismiss with respect to the Debtor Defendants;

WHEREAS, the Parties require a brief additional extension of time to continue those discussions in an effort to avoid unnecessary motion practice and the expenditure of judicial resources; and

WHEREAS, the Parties request that the deadline for Great American's Response to the Motion to Dismiss be continued from April 17, 2026, to April 30, 2026 ("Continued Response Deadline"), and that all corresponding deadlines, including the Trustee's reply deadline and any hearing date, be continued accordingly.

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE  ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 97]

NOW, THEREFORE, GREAT AMERICAN and TRUSTEE stipulate and agree to the following:

(1) The deadline for Great American to respond to Debtor Defendants' Motion to Dismiss Complaint is extended through **April 30, 2026**; and

(2) All other corresponding dates shall be similarly continued to accommodate the Continued Response Deadline.

GREAT AMERICAN and TRUSTEE respectfully request that the Court enter an Order in accordance with the foregoing:

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 13, 2026        **SHEA LARSEN**

By: _/s/ Bart K. Larsen_
James Patrick Shea
Bart K. Larsen
Kyle M. Wyant
Attorneys for GREAT AMERICAN E&S
INSURANCE COMPANY

Dated: April 13, 2026        **TRESSLER LLP**

By: _/s/ Linda Bondi Morrison_
Linda Bondi Morrison
Attorneys for GREAT AMERICAN E&S
INSURANCE COMPANY

///
///
///
///
///
///
///

3

JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 97]

Dated: April 13, 2026                    **BANKRUPTCY RECOVERY GROUP, LLC**

By: */s/ Talitha Gray Kozlowski*

Gregory E. Garman
Talitha Gray Kozlowski
Dylan Ciciliano
Attorneys for Attorneys for RYAN A.
ANDERSEN, CHAPTER 7 TRUSTEE for the
estates of Affinitylifestyles.com, Inc., Real
Water, Inc., and Real Water of Tennessee, LLC


**IT IS SO ORDERED.**


_____
UNITED STATES DISTRICT JUDGE

Dated: April 15, 2026

4