WILL KEMP, ESQ., NV Bar No. 1205
c.porter@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000
*Attorneys for Putative Defendants*

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kic@kempjones.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY;<br>Plaintiff,<br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC.; REAL WATER, INC.; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION; UNITED NATURAL FOODS, INC.; UNITED NATURAL FOODS WEST, INC.; KEHE DISTRIBUTORS, INC.; KEHE DISTRIBUTORS, LLC; TREVOR ABELE a minor child, by and through his parents BRYAN ABELE and Sandra ABELE, individually; RICHARD BELSKY, individually; ANDRIA BORDENAVE, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; JENNA CONSIGLIO, individually; JAMES J. DELMAR, individually; THE ESTATE OF MILO HURST, TEVIS HURST, in her capacity as Special Administratrix of the Estate of MILO HURST and as heir of MILO HURST, SARAH CALLOVI, as heir of, MILO HURST; LELA KAVEH a minor child, by and through her parents KOUROSH KAVEH and JILL RAW, individually; LISA KING, individually; GRAY MAYNARD, individually; RUDY MORALES, individually; LORENZO MUNIZ, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; DANIEL TAYLOR, individually; and STEVEN WADKINS, individually;<br>Defendants. | Case No.: 2:25-cv-01638-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PUTATIVE DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT IN INTERPLEADER** |

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kic@kempjones.com

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, **IT IS HEREBY STIPULATED AND AGREED** between Putative Defendants,[1] by and through their counsel of record Will Kemp, Esq. and Eric Pepperman, Esq., of the law firm of Kemp Jones, LLP, and Great American E&S Insurance Company ("Great American") by and through its counsel of record, that Putative Defendants shall have additional time to file their Answer to Great American's Complaint in Interpleader (the "Complaint") (ECF No. 1). Putative Defendants and Great American are collectively referred to as the "Parties."

This is the first stipulation to extend Putative Defendant's deadline to file an Answer to Plaintiff's Complaint. The original Answer deadline, which was previously October 2, 2026, is hereby extended to **October 9, 2026**. This extension is requested in good faith and not for the purpose of delay, based on Putative Defendants' counsel's contemporaneous filing deadlines in other matters. LR 6-1.

/ / /

/ / /

/ / /

[1] "Putative Defendants" means and refers to: Trevor Abele; Bryan Abele; Sandra Abele; Richard Belsky; Andria Bordenave; Hunter Brown; Pamela Brown; Sarah Callovi; Jenna Consiglio; James J. Delmar; Tevis Hurst; Lela Kaveh, a minor child, by and through her parents Kourosh Kaveh and Jill Raw; Gray Maynard; Lorenzo Muniz; Cheri Rasmussen; Daniel Taylor; and Steven Wadkins.

The Parties respectfully request that the Court enter an Order in accordance with the foregoing.

DATED this 2nd day of October, 2026.

**KEMP JONES, LLP**

/s/ *Eric Pepperman*
WILL KEMP, ESQ., NV Bar No. 1205
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
BREANNA SWITZLER, ESQ., NV Bar No. 15653
KEMP JONES, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NEVADA 89169

*Attorneys for Certain Putative Defendants*

**WOODBURN AND WEDGE**

By: /s/ *Seth J. Adams*
SETH J. ADAMS, ESQ., NV Bar No. 11034
6100 NEIL ROAD, SUITE 500
RENO, NEVADA 89511

*Attorney for Plaintiff Great American E&S Insurance Company*

**IT IS SO ORDERED.**

Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE

DATED: October 2, 2026

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kic@kempjones.com